No. 3109. MENSING v. JERVEY, November Term, 1892. On affidavit showing that more than two months had elapsed since plaintiff served his notice of intention to appeal, and that no further steps had been taken, and a letter from appellant's attorney being produced in which he stated that he had abandoned his appeal, an order was passed PER CURIAM, February 23, 1893, dismissing the appeal.